**Order entered April 20, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01189-CR**

**ROBERTO KONEZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81523-2018**

**ORDER**

Before the Court is the State's April 16, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     CORY L. CARLYLE
        JUSTICE